**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Walter C Goedecke, | No. CV-16-03432-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Mooney, et al., | |
| Defendants. | |

Pending before the Court is the Report and Recommendation ("R&R") from the Magistrate Judge recommending that this case be dismissed, without prejudice, for failure to prosecute and failure to comply with Court orders. (Doc. 31).

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 31) is ACCEPTED; and

1 | **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and the Clerk of the Court shall enter judgment accordingly.

Dated this 17th day of May, 2018.

*James A. Teilborg*
Senior United States District Judge